LODGED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUL 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL DWAYNE JACKSON,        ) Case No. CV 07-5036-GHK(RC)
                               )
              Petitioner,      )
                               ) JUDGMENT
   vs.                         )
                               )
F.B. HAWS, WARDEN,             )
                               )
              Respondent.      )
_____)

   IT IS ADJUDGED that Judgment be entered denying the petition and dismissing the action with prejudice.

DATED: 7/30/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

R&Rs\07-5036.JUD
6/23/08